THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARLEY STEWART, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.

Submitted May 20, 1946; decided May 29, 1946.

*Harley Stewart*, in person, for motion.

*Nathaniel L. Goldstein,* Attorney-General (*Emil L. Cohen* of counsel), opposed.

Motion dismissed and appeal dismissed upon the grounds (1) that no substantial constitutional question is involved; and (2) that a direct appeal from the order of the County Court to this court is unauthorized.